958

the United States District Court for the Western District of Oklahoma. Probable jurisdiction noted, 348 U. S. 854. The motion of American Committee on Optics and Visual Physiology and others for leave to join in brief of the Guild of Prescription Opticians of America, Inc., as *amici curiae*, is granted. *Herbert A. Bergson* for movants.

No. 451. FEDERAL COMMUNICATIONS COMMISSION *v.* ALLENTOWN BROADCASTING CORP. Certiorari, 348 U. S. 910, to the United States Court of Appeals for the District of Columbia Circuit. The motion for leave to file brief of Easton Publishing Co., as *amicus curiae,* is denied.

No. 333. PINO *v.* NICOLLS, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. Certiorari, 348 U. S. 870, to the United States Court of Appeals for the First Circuit. Landon, present District Director, Immigration and Naturalization Service, substituted for Nicolls.

No. 522. NATIONAL LABOR RELATIONS BOARD *v.* WARREN Co., INC. C. A. 5th Cir. Certiorari granted. *Solicitor General Sobeloff for petitioner. John Wesley Weekes* for respondent.

No. 555. REA *v.* UNITED STATES. C. A. 10th Cir. Certiorari granted. *Joseph A. Sommer* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Gray Thoron, Beatrice Rosenberg and Felicia Dubrovsky* for the United States.